## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CLAY V. JACKSON | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:11CV00905   SWW |
| | * | |
| FIREMAN'S FUND INSURANCE | * | |
| COMPANY and ARKANSAS | * | |
| WORKERS COMPENSATION | * | |
| COMMISSION | | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 14th DAY OF MARCH, 2012.

                                                /s/Susan Webber Wright

                                                UNITED STATES DISTRICT JUDGE